# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR CO., *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-201-LDG<br><br>**ORDER** |
| In Re: Nevada State Engineer Ruling No. 5759. | |

THE COURT **ORDERS** that Respondent's Motion to Strike Reply Brief of Appellant (#49) is DENIED.

DATED this 28 day of September, 2009.

_____
Lloyd D. George
United States District Judge