# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR CO., *et al.*,<br><br>    Defendants.<br><br>In Re: Nevada State Engineer Ruling No. 5759 | Case No. 2:73-cv-00183-LDG<br>Case No. D-183-LDG<br><br>Sub-File 3:73-cv-201-LDG<br><br>**ORDER** |

The Ninth Circuit having affirmed this Court's Order reversing in part Nevada State Engineer's Ruling No. 5759, and this Court having spread the mandate upon the records of the Court, therefore,

THE COURT **ORDERS** that this matter is REMANDED to the Nevada State Engineer for further proceedings consistent with the decision of the Ninth Circuit.

DATED this 21 day of March, 2014.

_____
Lloyd D. George
United States District Judge