## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:73-cv-183-LDG |
| Plaintiff, ) | D-183-LDG |
| ) | |
| vs. ) | Sub-File 3:73-cv-201-LDG |
| ) | |
| ALPINE LAND & RESERVOIR CO., ) | Return of funds |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| In Re: Nevada State Engineer Ruling ) | |
| No. 5759 ) | |

     Pursuant to the court's order entered March 21, 2014, ECF No. 78, this case has been remanded to the Nevada State Engineer.  The money deposited with this court, along with any interest earned, shall be returned to its legal owner as reflected on the Certificate of Cash Deposit, filed September 26, 2007, ECF No. 9.

Dated this _25_ day of February, 2016.

                                                         _____
                                                         HONORABLE LLOYD D. GEORGE
                                                         SENIOR UNITED STATES DISTRICT JUDGE